IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

24 MAR 28  AM 9: 28

CLERK
SO. DIST. OF GA.

WILLIAM H. POWELL,              )
                               )
        Plaintiff,             )
                               )
    v.                         )          CV 323-096
                               )
JERMAINE WHITE; TONJA KEITH; DR. )
DAVID CHENEY; MISTY WHITE; M.  )
YAWN; MR. WILLIS; MS. SMITH; MS. )
EPPS; MS. GRAY; NURSE RYKARD; and )
JANE/JOHN DOE,                 )
                               )
        Defendants.            )

_____

**O R D E R**

_____

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed.  Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion,

**GRANTS** Plaintiff's motion to dismiss, (doc. no. 7), **DISMISSES** this case without prejudice,

and **CLOSES** this civil action.

SO ORDERED this 28th day of March, 2024, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE