AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

WILLIAM H. POWELL,

           Plaintiff,

**JUDGMENT IN A CIVIL CASE**

       **V.**

CASE NUMBER:   CV323-096

JERMAINE WHITE; TONJA KEITH; DR.
DAVID CHENEY; MISTY WHITE; M.
YAWN; MR. WILLIS; MS. SMITH; MS.
EPPS; MS. GRAY; NURSE RYKARD; and
JANE/JOHN DOE,

           Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's March 28, 2024 Order adopting the Magistrate Judge's Report and Recommendation as its opinion and granting Plaintiff's motion to dismiss, this case is dismissed without prejudice. This case stands closed.

3/28/2024
*Date*



John E. Triplett, Clerk of Court
*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/2020